SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CARLOS RUEDA-BARRAGAN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:12-CR-304 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| CARLOS RUEDA-BARRAGAN and | ) | |
| MANUEL RODRIGUEZ-PLANCARTE, | ) | DATE:   September 18, 2012 |
| | ) | TIME:   9:15 a.m. |
| Defendants. | ) | COURT:  Hon. Lawrence K. Karlton |

## Stipulation

The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for September 18, 2012, may be continued to October 16, 2012, at 9:15 a.m.  The defendants recently received discovery in this case and the defense attorneys are reviewing the discovery with their respective clients.  In addition, having recently received the discovery, the investigation for the defendants is still in progress.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  As such, the parties

1   agree that time may be excluded from the speedy trial calculation

2   under the Speedy Trial Act for counsel preparation, pursuant to 18

3   U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

4       The parties have authorized the defense counsel for Rueda-

5   Barragan to sign this stipulation on their behalf.

6   DATED: September 14, 2012            BENJAMIN WAGNER
                                         United States Attorney
7
                               by    /s/ Scott N. Cameron, for
8                                    Daniel S. McConkie
                                     Assistant U.S. Attorney
9
    DATED: September 14, 2012
10                             by    /s/ Scott N. Cameron
                                     Scott N. Cameron
11                                   Counsel for Carlos Rueda-Barragan

12  DATED: September 14, 2012
                               by    /s/ Scott N. Cameron, for
13                                   Michael L. Chastaine
                                     Counsel for
14                                   Manuel Rodriguez-Plancarte

15                                   **Order**

16      Good cause appearing,

17      The status conference, scheduled for September 18, 2012, is

18  continued to October 16, 2012, at 9:15 a.m.  The Court finds that the

19  ends of justice served by granting this continuance outweigh the best

20  interests of the public and the defendants in a speedy trial in this

21  case.  Time is excluded from the speedy trial calculation pursuant to

22  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel

23  preparation.

24      IT IS SO ORDERED.

25

26

27  DATED: September 17, 2012

28                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT