SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CARLOS RUEDA-BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:12-CR-304 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| CARLOS RUEDA-BARRAGAN and ) | |
| MANUEL RODRIGUEZ-PLANCARTE, ) | DATE:   October 16, 2012 |
| ) | TIME:   9:15 a.m. |
| Defendants. ) | COURT:  Hon. Lawrence K. Karlton |

### Stipulation

The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for October 16, 2012, may be continued to November 27, 2012, at 9:15 a.m. The defense attorneys are reviewing discovery in this case with their respective clients and the parties have been actively discussing potential resolutions. However, the additional time requested in this stipulation is necessary for investigation by the defense, legal research, and further negotiations between the parties.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rueda-Barragan to sign this stipulation on their behalf.

DATED: October 12, 2012                BENJAMIN WAGNER
                                       United States Attorney

                              by    /s/ Scott N. Cameron, for
                                    Daniel S. McConkie
                                    Assistant U.S. Attorney

DATED: October 12, 2012
                              by    /s/ Scott N. Cameron
                                    Scott N. Cameron
                                    Counsel for Carlos Rueda-Barragan

DATED: October 12, 2012
                              by    /s/ Scott N. Cameron, for
                                    Michael L. Chastaine
                                    Counsel for
                                    Manuel Rodriguez-Plancarte

## Order

Good cause appearing,

The status conference, scheduled for October 16, 2012, is continued to November 27, 2012, at 9:15 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: October 15, 2012              _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT