SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CARLOS RUEDA-BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CARLOS RUEDA-BARRAGAN and<br>MANUEL RODRIGUEZ-PLANCARTE,<br><br>        Defendants. | CASE NO.  2:12-CR-304 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br><br>DATE:   November 27, 2012<br>TIME:   9:15 a.m.<br>COURT:  Hon. Lawrence K. Karlton |

**Stipulation**

The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for November 27, 2012, may be continued to January 8, 2013, at 9:15 a.m.  The defense attorneys are reviewing discovery in this case with their respective clients and the parties have been discussing potential resolutions.  However, the additional time requested in this stipulation is necessary for investigation by the defense, legal research, and further negotiations between the parties.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the

1

public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rueda-Barragan to sign this stipulation on their behalf.

DATED: November 20, 2012                BENJAMIN WAGNER
                                        United States Attorney

                                   by   /s/ Scott N. Cameron, for
                                        Daniel S. McConkie
                                        Assistant U.S. Attorney

DATED: November 20, 2012
                                   by   /s/ Scott N. Cameron
                                        Scott N. Cameron
                                        Counsel for Carlos Rueda-Barragan

DATED: November 20, 2012
                                   by   /s/ Scott N. Cameron, for
                                        Michael L. Chastaine
                                        Counsel for
                                        Manuel Rodriguez-Plancarte

## Order

Good cause appearing,

The status conference, scheduled for November 27, 2012, is continued to January 8, 2013, at 9:15 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case.  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: November 26, 2012                LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT