1  SCOTT N. CAMERON
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, California 95814
3  Telephone: (916) 442-5230

4  Attorney for:
   CARLOS RUEDA-BARRAGAN

5

6

7            IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )   CASE NO.  2:12-CR-304 LKK
                                 )
11            Plaintiff,         )   **STIPULATION AND ORDER CONTINUING**
                                 )   **STATUS CONFERENCE**
12      v.                       )
                                 )
13 CARLOS RUEDA-BARRAGAN and     )
   MANUEL RODRIGUEZ-PLANCARTE,   )   DATE:    January 8, 2013
14                               )   TIME:    9:15 a.m.
              Defendants.        )   COURT:   Hon. Lawrence K. Karlton
15 _____)

16
                        **Stipulation**
17
         The government and defendants Rueda-Barragan and Rodriguez-
18
   Plancarte, through undersigned counsel, stipulate that the status
19
   conference, scheduled for January 8, 2013, may be continued to
20
   February 26, 2013, at 9:15 a.m.  The defense attorneys are reviewing
21
   discovery in this case with their respective clients and the parties
22
   have been discussing potential resolutions.  However, the additional
23
   time requested in this stipulation is necessary for investigation by
24
   the defense, legal research, and further negotiations between the
25
   parties.
26
         Further, all parties agree and stipulate that the ends of justice
27
   served by granting this continuance outweigh the best interests of the
28

                              1

1 public and the defendant in a speedy trial.  As such, the parties

2 agree that time may be excluded from the speedy trial calculation

3 under the Speedy Trial Act for counsel preparation, pursuant to 18

4 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

5     The parties have authorized the defense counsel for Rueda-

6 Barragan to sign this stipulation on their behalf.

7 DATED: January 3, 2013              BENJAMIN WAGNER
                                      United States Attorney
8
                                 by   /s/ Scott N. Cameron, for
9                                     Daniel S. McConkie
                                      Assistant U.S. Attorney
10
DATED: January 3, 2013
11                               by   /s/ Scott N. Cameron
                                      Scott N. Cameron
12                                    Counsel for Carlos Rueda-Barragan

13 DATED: January 3, 2013
                                 by   /s/ Scott N. Cameron, for
14                                    Michael L. Chastaine
                                      Counsel for
15                                    Manuel Rodriguez-Plancarte

16                              **Order**

17     Good cause appearing,

18     The status conference, scheduled for January 8, 2013, is

19 continued to February 26, 2013, at 9:15 a.m.  The Court finds that the

20 ends of justice served by granting this continuance outweigh the best

21 interests of the public and the defendants in a speedy trial in this

22 case.  Time is excluded from the speedy trial calculation pursuant to

23 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel

24 preparation.

25     IT IS SO ORDERED.

26 DATED: January 7, 2013

27
                   _____
28                 LAWRENCE K. KARLTON
                   SENIOR JUDGE
                   UNITED STATES DISTRICT COURT