```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CARLOS RUEDA-BARRAGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>CARLOS RUEDA-BARRAGAN and            )<br>MANUEL RODRIGUEZ-PLANCARTE,          )<br>                                     )<br>            Defendants.              )<br>_____) | CASE NO.  2:12-CR-304 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br><br>DATE:    February 26, 2013<br>TIME:    9:15 a.m.<br>COURT:   Hon. Lawrence K. Karlton |

**Stipulation**

The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for February 26, 2013, may be continued to April 2, 2013, at 9:15 a.m.  The defense attorneys are reviewing discovery in this case with their respective clients and the parties have been discussing potential resolutions.  However, the additional time requested in this stipulation is necessary for investigation by the defense, legal research, and further negotiations between the parties.

Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  As such, the parties

1

agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Rueda-Barragan to sign this stipulation on their behalf.

DATED: February 21, 2013        BENJAMIN WAGNER
                                United States Attorney

                            by  /s/ Daniel S. McConkie
                                Daniel S. McConkie
                                Assistant U.S. Attorney

DATED: February 21, 2013
                            by  /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Carlos Rueda-Barragan

DATED: February 21, 2013
                            by  /s/ Michael L. Chastaine
                                Michael L. Chastaine
                                Counsel for
                                Manuel Rodriguez-Plancarte

### Order

Good cause appearing,

The status conference, scheduled for February 26, 2013, is continued to April 2, 2013, at 9:15 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: February 26, 2013        LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT