**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Fax: (916) 526-2677

Attorney for Defendant
Manuel Rodriquez-Plancarte

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CARLOS RUEDA BARRAGAN and MANUEL RODRIQUEZ-PLANCARTE,<br><br>　　　　Defendants. | Case No.:  2:12 CR 0304 LKK<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Date**:  May 7, 2013<br>**Time:  9:15 am**<br>**Judge:  Karlton** |

　　　　The government and defendants Rueda-Barragan and Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for May 7, 2013, may be continued to June 25, 2013, at 9:15 a.m.  The defense attorneys are reviewing discovery in this case with their respective clients and the parties have been discussing potential resolutions.  However, the additional time requested in this stipulation is necessary for investigation by the defense, legal research, and further negotiations between the parties.

　　　　Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  As such, the parties agree that time may be excluded from the speedy trial

1

calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Manuel Rodriquez-Plancarte to sign this stipulation on their behalf.

DATED: May 6, 2013                              BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Michael Chastaine, for
                                                Daniel S. McConkie
                                                Assistant U.S. Attorney

DATED: May 6, 2013                              /s/ Michael Chastaine
                                                Scott N. Cameron
                                                Counsel for Carlos Rueda-Barragan

DATED: May 6, 2013                              /s/ Michael Chastaine
                                                Michael L. Chastaine
                                                Counsel for
                                                Manuel Rodriguez-Plancarte

**Order**

Good cause appearing,

The status conference, scheduled for May 7, 2013, is continued to June 25, 2013, at 9:15 a.m.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: May 6, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT