1  **Michael L. Chastaine** SBN 121209
   The CHASTAINE LAW OFFICE
2  2377 Gold Meadow Way, Suite 100
   Gold River, CA 95670
3  (916) 932-7150
   Fax: (916) 526-2677
4
   Attorney for Defendant
5  Manuel Rodriquez-Plancarte

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:12 CR 304 LKK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| MANUEL RODRIQUEZ-PLANCARTE | |
| Defendant | **Date**: September 10, 2013 |
| | **Time:** 9:15 am |
| | **Judge:** Karlton |

    The United States of America and defendant Manuel Rodriguez-Plancarte, through undersigned counsel, stipulate that the status conference, scheduled for Rodriguez only on July 30, 2013, may be continued to September 10, 2013, at 9:15 a.m. The parties have been discussing potential resolutions and have worked out tentative resolutions. However, plea agreements are outstanding and defense counsel will require time to review such agreements with his clients. Mr. Rodriquez does not speak English so such meetings with the defendant will require the use of interpreters.

    Further, all parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree that time may be excluded from the speedy trial

calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Manuel Rodriquez-Plancarte to sign this stipulation on their behalf.

DATED: July 29, 2013                         BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ Michael Chastaine, for
                                             Samuel Wong
                                             Assistant U.S. Attorney

DATED: June 29, 2013                         /s/ Michael Chastaine
                                             Michael L. Chastaine
                                             Counsel for
                                             Manuel Rodriguez-Plancarte

## Order

Good cause appearing, the Court adopts the parties' stipulation in its entirety as its Order.

The status conference, scheduled for defendant Manuel Rodriguez-Plancarte only on July 30, 2013, is continued to September 10, 2013, at 9:15 a.m. The Court finds that: (1) the failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time from the date of this stipulation, June 29, 2013, to and including September 10, 2013, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 for defense counsel preparation.

IT IS SO ORDERED.

Dated: July 30, 2013                         LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT