1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-304-LKK |
|---|---|---|
| 12 | Plaintiff, | ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| 13 | v. | |
| 14 | MANUEL RODRIGUEZ-PLANCARTE, | Court: Hon. Lawrence K. Karlton |
| 15 | Defendant. | |

16

17     On October 22, 2013, the Court held a regularly scheduled status conference for defendant

18  Manuel Rodriguez-Plancarte only. Assistant United States Attorney Samuel Wong appeared on behalf

19  of plaintiff United States of America. Defense attorney Michael Chastaine, Esq., appeared with

20  defendant Rodriguez-Plancarte, who was present in custody.

21     The parties advised the Court that the parties needed additional time to attempt to settle this

22  case, and defense counsel needed additional time to advise the defendant of the ramifications of any

23  settlement offer made to defendant versus the risk and ramifications of proceeding to trial. Defense

24  counsel's task of conferring with defendant is made more difficult and requires more time because

25  defendant is a Spanish language speaker and an English/Spanish interpreter must be used to facilitate

26  communications between attorney and client.

27     The parties requested and agreed that: (1) the Court hold a status conference on November 13,

28  2013 at 9:15 a.m.; and (2) the time period from the October 22, 2013, hearing to, and including, the new

PLEA AGREEMENT RE:                           1
MANUEL RODRIGUEZ-PLANCARTE

1  status conference hearing on November 13, 2013, shall be excluded from computation of time within
2  which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)
3  and (B)(iv), and Local Code T4 (both pertaining to additional time necessary for counsel to prepare).

4      Based on the representations and stipulations of the parties, and good cause appearing therefrom,
5  the Court sets a new status conference hearing for defendant Rodriguez-Plancarte only on November 13,
6  2013, at 9:15 a.m.  The Court orders that time from October 22, 2013, to, and including, November 13,
7  2013, shall be excluded from computation of time within which the trial of this case must be
8  commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4
9  pertaining to additional time necessary for counsel preparation.

10      The Court finds that the failure to grant the requested continuance in this case would deny both
11  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
12  diligence.  The Court finds that the ends of justice to be served by granting the requested continuance
13  outweigh the best interests of the public and defendant in a speedy trial.

14      IT IS SO ORDERED.

15      Dated:  November 12, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLEA AGREEMENT RE:
MANUEL RODRIGUEZ-PLANCARTE

2