BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-304-LKK |
|---|---|
| Plaintiff, | ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MANUEL RODRIGUEZ-PLANCARTE, | Court: Hon. Lawrence K. Karlton |
| Defendant. | |

On November 13, 2013, the Court held a regularly scheduled hearing for a possible change of plea by defendant Manuel Rodriguez-Plancarte only. Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. Defense attorney Michael Chastaine, Esq., appeared with defendant Rodriguez-Plancarte, who was present in custody.

Defendant Rodriguez-Plancarte was not ready to enter a guilty plea and Mr. Chastaine informed the Court that he and his client needed additional time for: (1) Mr. Chastaine to advise the defendant of the ramifications of the United States' settlement offer made to defendant versus the risk and ramifications of proceeding to trial; and (2) defendant to decide what course of action to take in regard to accepting or rejecting the settlement offer. Defense counsel's task of conferring with defendant is made more difficult and requires more time because defendant is a Spanish language speaker and an English/Spanish interpreter must be used to facilitate communications between attorney and client.

The parties requested and agreed that: (1) the Court hold a status conference on November 19,

PLEA AGREEMENT RE:
MANUEL RODRIGUEZ-PLANCARTE

1

1  2013 at 9:15 a.m.; and (2) the time period from the November 13, 2013, hearing to, and including, the
2  new status conference hearing on November 19, 2013, shall be excluded from computation of time
3  within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C.
4  § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (both pertaining to additional time necessary for
5  defense counsel to prepare).

6      Based on the representations and stipulations of the parties, and good cause appearing therefrom,
7  the Court sets a new status conference hearing for defendant Rodriguez-Plancarte only on November 19,
8  2013, at 9:15 a.m.  The Court orders that time from November 13, 2013, to, and including, November
9  19, 2013, shall be excluded from computation of time within which the trial of this case must be
10 commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4
11 pertaining to additional time necessary for defense counsel preparation.

12     The Court finds that the failure to grant the requested continuance in this case would deny
13 defense counsel reasonable time necessary for effective preparation, taking into account the exercise of
14 due diligence.  The Court finds that the ends of justice to be served by granting the requested
15 continuance outweigh the best interests of the public and defendant in a speedy trial.

16     IT IS SO ORDERED.
17     Dated:  November 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLEA AGREEMENT RE:  
MANUEL RODRIGUEZ-PLANCARTE

2