**Michael L. Chastaine** SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Fax: (916) 526-2677

Attorney for Defendant
Manuel Rodriquez-Plancarte

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>MANUEL RODRIQUEZ-PLANCARTE<br><br>     Defendant | Case No. 2:12-CR-304-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Date**: December 17, 2013<br>**Time:** 9:15 am<br>**Judge:** Karlton |

The government and defendant Rodriguez-Plancarte, through undersigned counsel, stipulate that the change of plea and/or status conference, scheduled for December 3, 2013, shall, with the approval of the Court, be continued to December 17, 2013, at 9:15 a.m. The parties had reached what was believed to be a resolution and a negotiated plea agreement had been prepared. The matter was on calendar November 12, 2013, for a change of plea. However, at the time the matter was called Mr. Rodriquez-Plancarte had questions about his plea agreement that could not be answered in court by his defense counsel, but, instead, these questions required additional time to discuss with Mr. Rodriquez-Plancarte. Mr. Rodriquez-Plancarte does not speak English and requires a Spanish-speaking interpreter so this language aspect complicated matters.

1  Counsel for Mr. Rodriquez-Plancarte has gone to the jail on several occasions to
2  answer questions and go over the terms of the plea agreement.  As of the writing of this
3  request, Mr. Rodriquez-Plancarte has not agreed to the terms of the plea agreement. Mr.
4  Rodriquez-Plancarte requests additional time to consider the ramifications of accepting or
5  rejecting the plea offer.  Given the Thanksgiving Holiday, there is insufficient time for
6  Mr. Rodriquez-Plancarte to make a final determination regarding acceptance of the plea
7  agreement before December 3, 2013.

8  Further, defense counsel for Mr. Rodriquez-Plancarte has a calendaring conflict
9  for the next two Tuesdays that the Court holds criminal calendar in that: (1) defense
10 counsel is calendared for trial assignment on a civil matter in Sacramento Superior Court
11 on December 3, 2013 at 8:30a.m..  The Sacramento Superior Court has indicated that this
12 matter is likely to be assigned out on Tuesday December 3, 2013.  In addition, counsel
13 for Mr. Rodriquez-Plancarte has a trial date in a criminal matter in San Jose, California
14 for December 9, 2013.  If the civil case does not get assigned out for trial, the criminal
15 trial will begin.  In either event, defense counsel for Mr. Rodriquez-Plancarte will not be
16 available either December 3rd or 10th, 2013, for a court hearing in the instant case.

17 Therefore, counsel stipulate and agree that December 17, 2013 is an appropriate
18 date to hear Mr. Rodriquez-Plancarte's matter and this continuance gives him and his
19 counsel sufficient time to discuss the plea agreement and negotiate any further
20 modifications to the plea agreement that may be necessary.

21 The parties stipulate and agree that the Court shall find that:  (1) the failure to
22 grant the requested continuance in this case would deny defense counsel reasonable time
23 necessary for effective preparation, taking into account the exercise of due diligence and
24 defendant continuity of counsel; and (2) the ends of justice served by the granting of such
25 a continuance outweigh the best interests of the public and the defendant in a speedy trial.
26 As such, the parties agree that time from the date of this stipulation, November 26, 2013,
27 to and including the December 17, 2013, change of plea/status conference shall be
28 excluded from computation of time within which the trial of this case must be

commenced under the Speedy Trial Act for defense counsel's preparation and continuity of defense counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

The parties have authorized the defense counsel for Manuel Rodriquez-Plancarte to sign this stipulation on their behalf.

DATED: November 26, 2013                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Michael Chastaine, for
                                            Samuel Wong
                                            Assistant U.S. Attorney

DATED: November 26, 2013                    /s/ Michael Chastaine
                                            Michael L. Chastaine
                                            Counsel for
                                            Manuel Rodriguez-Plancarte

## Order

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and defendant continuity of counsel. The Court finds that the ends of justice to be served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS ORDERED that time beginning from the parties' stipulation on November 26, 2013, up to and including the December 17, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare and defendant continuity of counsel.

IT IS FURTHER ORDERED the status conference, scheduled for December 3, 2013, is continued to December 17, 2013, at 9:15 a.m.

Dated: December 2, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT