BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-304-LKK |
|---|---|
| Plaintiff, | ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MANUEL RODRIGUEZ-PLANCARTE, | Court: Hon. Lawrence K. Karlton |
| Defendant. | |

On January 14, 2014, the Court held a regularly scheduled hearing for a possible change of plea by defendant Manuel Rodriguez-Plancarte only. Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. Defense attorney Michael Chastaine, Esq., appeared with defendant Rodriguez-Plancarte, who was present in custody.

Mr. Chastaine advised that defendant Rodriguez-Plancarte did not want to enter a guilty plea. Mr. Chastaine informed the Court that his client wanted a new attorney. The Court advised Rodriguez-Plancarte that the Court would grant his request for a new attorney; however, the Court cautioned Rodriguez-Plancarte that any subsequent request for a new attorney would be closely scrutinized and would need to be legally justified under the circumstances.

Assistant Federal Defender Timothy Zindel, who was present in court, advised the Court that the Federal Defender's Office would attempt to arrange new panel counsel for Rodriguez-Plancarte before the next status conference in this case.

PLEA AGREEMENT RE:
MANUEL RODRIGUEZ-PLANCARTE

1

1  Based on the foregoing facts, the Court: (1) set January 22, 2014, as the new status conference
2  date for identification of new defense counsel for Rodriguez-Plancarte; (2) ordered that the time period
3  from the January 14, 2014, hearing to, and including, the new status conference hearing on January 22,
4  2014, shall be excluded from computation of time within which the trial of this case must be
5  commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4
6  (both pertaining to additional time necessary for defendant to obtain new counsel).
7  The Court finds that the failure to grant the requested continuance in this case would deny
8  Rodriguez-Plancarte his right to obtain legal counsel in this case. The Court finds that the ends of
9  justice to be served by granting the continuance outweigh the best interests of the public and defendant
10 in a speedy trial.
11  IT IS SO ORDERED.
12  Dated: January 21, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLEA AGREEMENT RE:
MANUEL RODRIGUEZ-PLANCARTE

2