BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MANUEL RODRIGUEZ-PLANCARTE, <br> Defendant. | CASE NO. 2:12-CR-304-LKK <br><br> ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> Court: Hon. Lawrence K. Karlton |

On January 22, 2014, the Court held a regularly scheduled status conference hearing for defendant Manuel Rodriguez-Plancarte only. Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. Gilbert Roque, Esq., appeared with defendant Rodriguez-Plancarte, who was present in custody. With Rodriguez-Plancarte's consent, the Court appointed Mr. Roque as Rodriguez-Plancarte's new counsel, and granted Mr. Roque's request that the appointment be made nunc pro tunc to January 15, 2014.

The Court granted the parties' joint request that the Court set a further status conference for March 11, 2014 at 9:15 a.m., and exclude time under Local Code T-4 from January 22, 2014, to and including the new status conference of March 11, 2014, to allow Mr. Roque time to review the discovery, meet with his client, and otherwise prepare defendant's defense.

Based on the foregoing facts, the Court: (1) set March 11, 2014, as the new status conference date; and (2) ordered that the time period from the January 22, 2014, hearing to, and including, the new

ORDER AFTER JANUARY 22, 2014,
STATUS CONFERENCE

1

1 status conference hearing on March 11, 2014, shall be excluded from computation of time within which
2 the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
3 (B)(iv), and Local Code T4 (both pertaining to additional time necessary for defense counsel to prepare).
4     The Court finds that the failure to grant the requested continuance in this case would deny new
5 counsel for Rodriguez-Plancarte time reasonable necessary to prepare defendant's defense, taking into
6 account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting
7 the continuance outweigh the best interests of the public and defendant in a speedy trial.
8     IT IS SO ORDERED.
9     Dated:   March 10, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT